Cassel Goorin *v.* The Allegheny Traction Company, and Pittsburg & Birmingham Traction Co., Appellant.

Argued Oct. 28, 1896. Appeal, No. 62, Oct. T., 1896, by defendant, Pittsburg & Birmingham Traction Company, from judgment of C. P. No. 3, Allegheny Co., Feb. T., 1895, on verdict for plaintiff. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

Trespass for personal injuries.
The facts appear by the preceding case.

*A. W. Duff*, for Pittsburg & Birmingham Traction Co., cited Pitts. & Conn. R. R. v. McClurg, 56 Pa. 294; Herstine v. Lehigh R. R., 151 Pa. 255; Holden v. P. R. R., 169 Pa. 16; Dean v. P. R. R., 129 Pa. 521; Bunting v. Hogsett, 139 Pa. 376.

*Joseph Stadtfeld*, for appellee.

OPINION BY MR. CHIEF JUSTICE STERRETT, January 4, 1897:
This case was argued with Goorin v. The Allegheny Traction Co., Appellant, and the Pittsburg & Birmingham Traction Co., No. 60, Oct. T., 1896, ante, 327, in which an opinion has

just been filed.  Both appeals are from the same judgment and involve substantially the same questions.  For reasons given in the opinion referred to, we think the judgment should not be disturbed.  There is nothing in either of the specifications that calls for further comment.

Judgment affirmed.